BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERTO ESPINOSA-MENDOZA, <br><br> Defendant. | CASE NO. 2:00-CR-00300 LKK <br><br> ORDER DISMISSING INDICTMENT |

For the reasons set forth in the motion to dismiss filed by the United States, the charges against defendant ROBERTO ESPINOSA-MENDOZA in the pending Indictment, are hereby DISMISSED and any outstanding arrest warrants are recalled.

Dated: May 15, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[Proposed] Order Dismissing Indictment           1